Richard J. Cino, Esq. (Bar I.D. #035121990)
Robert J. Cino, Esq. (Bar I.D. #030672008)
Linda J. Posluszny, Esq. (Bar I.D. #033212008)
Cody C. Hubbs, Esq. (Bar I.D. #339942020)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCES YVONNE SCHULMAN, | : | Civil Action No. 2:22-cv-01351 |
| | : | |
| Plaintiff, | : | **NOTICE OF MOTION FOR ADMISSION,** |
| | : | **PRO HAC VICE, PURSUANT TO L. CIV.** |
| vs. | : | **R. 101 FOR DEDRA S. CURTEMAN, ESQ.** |
| | : | |
| ZOETIS, INC. and ZOETIS | : | |
| REFERENCE LABS, LLC, | : | |
| | : | |
| Defendants. | : | |

TO:    Julie Salwen, Esq.              Rachel Smith, Esq.
       David Harrison, Esq.            National Women's Law Center
       Harrison, Harrison & Associates, Ltd.    1350 I Street, NW, Suite 700
       110 Highway 35, Suite #10       Washington, DC 20005
       Red Bank, NJ 07701

       Patricia Kakalec, Esq.
       Kakalec Law PLLC
       80 Broad Street
       New York, NY 10004

**PLEASE TAKE NOTICE** that on February 17, 2026, at 9:00 o'clock in the

forenoon of the day or as soon thereafter as counsel may be heard, the undersigned attorneys for

Defendants, Zoetis, Inc. and Zoetis Reference Labs, LLC ("Defendants"), will move the United

States District Court for the District of New Jersey for an Order admitting Dedra S. Curteman,

Esq., *pro hac vice*, as counsel for Defendants for all purposes in this case; and

**PLEASE TAKE FURTHER NOTICE** that in support of this motion,

Defendants rely upon the attached Certifications of Dedra S. Curteman, Esq. and Robert J. Cino,

Esq.

Respectfully submitted,

JACKSON LEWIS, P.C.

Dated: January 16, 2026        By:    /s/ *Robert J. Cino*
Robert J. Cino, Esq.
ATTORNEYS FOR DEFENDANTS

4917-0565-6712, v. 1